UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO G.,<br><br>           Plaintiff<br><br>     v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>           Defendant. | Case No. 2:19-cv-07327-DSF (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has filed Objections, and the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which Plaintiff has objected. Nothing in the Objections affects or alters the analysis and conclusions set forth in the Report. The Court accepts the findings and recommendations of the Magistrate Judge.

**IT IS HEREBY ORDERED** that Judgment shall be entered AFFIRMING the Commissioner's decision to deny Social Security Disability Insurance benefits to Plaintiff and DISMISSING this action with prejudice.

DATED: March 15, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE